IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:11-bk-00690-PMG

In Re:

BRENDA G. MURRAY
        Debtor
_____/

## CHAPTER 13 PLAN

The debtor submits the following Chapter 13 Plan:

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee, and the debtor shall pay to the Trustee the sum of $803.76 per month for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

A. <u>Priority Claims.</u>

(1) The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten (10%) percent of the amount of all payments under the plan.

B. <u>Secured Claims.</u>

(1) ABN AMRO Mortgage holds a first mortgage on the debtor's principal residence. The property will be surrendered.

(2) Wachovia holds a home equity line of credit on the debtor's principal residence. The property will be surrendered.

(3) Space Coast Credit Union holds a secured loan on a 2009 Pontiac G6 GT. The Trustee shall make monthly payments of $338.29 the first through fiftieth month and $1.50 the fifty-first month.

(4) Hsbc/Yamaha holds a secured loan on a 2007 Yamaha Virago. The Trustee shall make a monthly payment of $84.00 on the first through twenty-second month, and $26.00 on the twenty-third month.

C. Unsecured Priority Claim.

(1) The Internal Revenue Service has a claim in the amount of $3451.85 for unpaid income taxes. The Trustee shall this creditor $301.09 on the first through eleventh month and $139.86 on the twelfth month.

D. Unsecured Claims.

(1) Unsecured creditors shall receive distribution pro-rata of $161.23 on the twelfth month and $385.09 the thirteenth through sixtieth month.

Dated this 15th day of February, 2011.

By:/s/ Brenda G. Murray

By: /s/ Marc E. Dwyer
Marc E. Dwyer, Esq.
Attorney for Debtor
Florida Bar No.: 0634700
Knight & Dwyer, LLC
111 N. State St.
P.O. Box 37
Bunnell, FL 32110
Telephone: (386) 437-3072
Facsimile: (386) 437-1309
Email: marc@knightdwyer.com

| DUE DATE | | | Murray | 10.0% | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28TH | 2/28/2011 | | | | | | | | |
| | Unsecured | 60 60 | Debtor Pmt | Tee Fee | Atty Fee | Space Coast CU | Hsbc/Yamaha | | IRS |
| 2/28/2011 | $0.00 | 1 | $803.76 | $80.38 | | | | | |
| 3/28/2011 | $0.00 | 2 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 4/28/2011 | $0.00 | 3 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 5/28/2011 | $0.00 | 4 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 6/28/2011 | $0.00 | 5 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 7/28/2011 | $0.00 | 6 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 8/28/2011 | $0.00 | 7 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 9/28/2011 | $0.00 | 8 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 10/28/2011 | $0.00 | 9 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 11/28/2011 | $0.00 | 10 | $803.76 | $80.38 | | $338.29 | $84.00 | | $301.09 |
| 12/28/2011 | $0.00 | 11 | $803.76 | $80.38 | | $338.29 | $84.00 | 11 at | $301.09 |
| 1/28/2012 | $161.23 | 12 | $803.76 | $80.38 | | $338.29 | $84.00 | 1 at | $139.86 |
| 2/28/2012 | $301.09 | 13 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 3/28/2012 | $301.09 | 14 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 4/28/2012 | $301.09 | 15 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 5/28/2012 | $301.09 | 16 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 6/28/2012 | $301.09 | 17 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 7/28/2012 | $301.09 | 18 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 8/28/2012 | $301.09 | 19 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 9/28/2012 | $301.09 | 20 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 10/28/2012 | $301.09 | 21 | $803.76 | $80.38 | | $338.29 | $84.00 | | |
| 11/28/2012 | $301.09 | 22 | $803.76 | $80.38 | | $338.29 | $84.00 | 22 at | |
| 12/28/2012 | $359.09 | 23 | $803.76 | $80.38 | | $338.29 | $26.00 | 1 at | |
| 1/28/2013 | $385.09 | 24 | $803.76 | $80.38 | | $338.29 | | | |
| 2/28/2013 | $385.09 | 25 | $803.76 | $80.38 | | $338.29 | | | |
| 3/28/2013 | $385.09 | 26 | $803.76 | $80.38 | | $338.29 | | | |
| 4/28/2013 | $385.09 | 27 | $803.76 | $80.38 | | $338.29 | | | |
| 5/28/2013 | $385.09 | 28 | $803.76 | $80.38 | | $338.29 | | | |
| 6/28/2013 | $385.09 | 29 | $803.76 | $80.38 | | $338.29 | | | |
| 7/28/2013 | $385.09 | 30 | $803.76 | $80.38 | | $338.29 | | | |
| 8/28/2013 | $385.09 | 31 | $803.76 | $80.38 | | $338.29 | | | |
| 9/28/2013 | $385.09 | 32 | $803.76 | $80.38 | | $338.29 | | | |
| 10/28/2013 | $385.09 | 33 | $803.76 | $80.38 | | $338.29 | | | |
| 11/28/2013 | $385.09 | 34 | $803.76 | $80.38 | | $338.29 | | | |
| 12/28/2013 | $385.09 | 35 | $803.76 | $80.38 | | $338.29 | | | |
| 1/28/2014 | $385.09 | 36 | $803.76 | $80.38 | | $338.29 | | | |
| 2/28/2014 | $385.09 | 37 | $803.76 | $80.38 | | $338.29 | | | |
| 3/28/2014 | $385.09 | 38 | $803.76 | $80.38 | | $338.29 | | | |
| 4/28/2014 | $385.09 | 39 | $803.76 | $80.38 | | $338.29 | | | |
| 5/28/2014 | $385.09 | 40 | $803.76 | $80.38 | | $338.29 | | | |
| 6/28/2014 | $385.09 | 41 | $803.76 | $80.38 | | $338.29 | | | |
| 7/28/2014 | $385.09 | 42 | $803.76 | $80.38 | | $338.29 | | | |
| 8/28/2014 | $385.09 | 43 | $803.76 | $80.38 | | $338.29 | | | |
| 9/28/2014 | $385.09 | 44 | $803.76 | $80.38 | | $338.29 | | | |
| 10/28/2014 | $385.09 | 45 | $803.76 | $80.38 | | $338.29 | | | |
| 11/28/2014 | $385.09 | 46 | $803.76 | $80.38 | | $338.29 | | | |

| DUE DATE | | | | Murray | 10.0% | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28TH | 2/28/2011 | | | Debtor Pmt | Tee Fee | Atty Fee | Space Coast CU | | Hsbc/Yamaha | IRS |
| | Unsecured | 60 | 60 | | | | | | | |
| 12/28/2014 | $385.09 | | 47 | $803.76 | $80.38 | | | $338.29 | | |
| 1/28/2015 | $385.09 | | 48 | $803.76 | $80.38 | | | $338.29 | | |
| 2/28/2015 | $385.09 | | 49 | $803.76 | $80.38 | | | $338.29 | | |
| 3/28/2015 | $385.09 | | 50 | $803.76 | $80.38 | | 50 at | $338.29 | | |
| 4/28/2015 | $721.88 | | 51 | $803.76 | $80.38 | | 1 at | $1.50 | | |
| 5/28/2015 | $723.38 | | 52 | $803.76 | $80.38 | | | | | |
| 6/28/2015 | $723.38 | | 53 | $803.76 | $80.38 | | | | | |
| 7/28/2015 | $723.38 | | 54 | $803.76 | $80.38 | | | | | |
| 8/28/2015 | $723.38 | | 55 | $803.76 | $80.38 | | | | | |
| 9/28/2015 | $723.38 | | 56 | $803.76 | $80.38 | | | | | |
| 10/28/2015 | $723.38 | | 57 | $803.76 | $80.38 | | | | | |
| 11/28/2015 | $723.38 | | 58 | $803.76 | $80.38 | | | | | |
| 12/28/2015 | $723.38 | | 59 | $803.76 | $80.38 | | | | | |
| 1/28/2016 | $723.38 | | 60 | 60 at $803.76 | $80.38 | | | | | |
| | | | | | | | | | | |
| | $21,161.19 | | | $48,225.60 | $4,822.56 | | | $16,916.00 | $1,874.00 | $3,451.85 |
| | $1.00 | | | | | | | | | |
| | 216119.00% | | | | | | | | | |